

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00413-CV

| | | |
|---|---|---|
| AKT INVESTMENTS, INC., Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-298672-18) |
| V. | § | May 29, 2025 |
| | § | Memorandum Opinion by Justice Bassel |
| T JORDAN TOWING, INC., Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part.

We reverse the trial court's award of attorney's fees to T Jordan Towing, Inc. and render that it take nothing on its fee claim. We also reverse the trial court's summary judgment dismissing AKT Investments, Inc.'s fraud claim that was alleged in its 2018 Petition and remand only that claim to the trial court for further proceedings consistent with this opinion. We affirm the remainder of the trial court's

summary judgments and the order granting Jordan's motion to withdraw the deemed admissions.

It is further ordered that AKT Investments, Inc. and T Jordan Towing, Inc. shall split all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel